Matthew M. Durham (6214)
Cameron L. Ward (12271)
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131

*Attorneys for Plaintiff David R. Taylor*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| DAVID R. TAYLOR, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>SPARXENT, INC., a Delaware corporation,<br><br>           Defendant. | NOTICE OF STIPULATION REGARDING SELECTION OF MEDIATOR<br><br>Case No. 2:10cv01007<br><br>The Honorable Ted Stewart |

Pursuant to DUCivR 16-2(g) and Section 4(a) of the ADR Plan, Plaintiff David R. Taylor ("Mr. Taylor") and Defendant Sparxent, Inc. ("Sparxent"), by and through their respective counsel, hereby provide notice to the Clerk of the Court that they have stipulated to the selection of Scott Daniels to conduct the mediation of the above captioned case.

[Remainder of page intentionally left blank]

DATED: July 13, 2011.

        STOEL RIVES LLP

        /s/ Cameron L. Ward
        Matthew M. Durham
        Cameron L. Ward

        Attorneys for Plaintiff David R. Taylor

DATED: July 13, 2011.

        FABIAN & CLENDENIN

        /s/ Kevin N. Anderson
        Kevin N. Anderson
        Scott M. Peterson
        Samantha R. Siegel

        Attorneys for Defendant Sparxent, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2011 a true and correct copy of the foregoing **NOTICE OF STIPULATION REGARDING SELECTION OF MEDIATOR** to be served by CM/ECF on the following:

Kevin N. Anderson
Fabian & Clendenin
215 So. State Street, Ste. 1200
Salt Lake City, Utah 84111
kanderson@fabianlaw.com